# SCOOLIDGE | KLEIMAN LLP

315 W 36th Street | New York, NY 10018

**Peter Scoolidge**
Partner
Peter@ScoolidgeLLP.com
(212) 913-9455

March 10, 2017

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  *Wiberg v. Norwegian Air Shuttle ASA*, 1:16-cv-5481
        Notice of Settlement

Dear Judge Reyes:

    I write to advise the court that a settlement in principle has been reached in this matter. The undersigned will file a joint stipulation to dismiss this matter by March 31, 2017.

        Sincerely,

        Peter Scoolidge

CC:  All counsel registered to receive notice via ECF