UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ERIC T. WIBERG,

                Plaintiff,

   -against-

NORWEGIAN AIR SHUTTLE ASA,

              Defendant.
---------------------------------------------------------x

Case No. 16-cv-5481(CBA)(RER)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for all parties to the above-entitled action that all claims asserted therein, by and between and against all of the parties be, and the same hereby are dismissed with prejudice and without costs to any party as against each other.

Dated: New York, New York
       March 28, 2017

SCOOLIDGE KLEIMAN LLP

_____
Peter J. Scoolidge, Esq.
315 West 36th Street
New York, NY 10018
Tel: (212) 913-9455
*Attorneys for Plaintiff*

CLYDE & CO US LLP

_____
Andrew J. Harakas
Daniel E. Correll
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 710-3900
*Attorneys for Defendant*

SO ORDERED:

_____
      U.S.D.J.